E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

**FILED**

APR - 4 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                              ) Case No. 01-30125 STC
                                    )
NORTHPOINT COMMUNICATIONS OF        ) NOTICE OF UNCLAIMED DIVIDENDS
   VIRGINIA                         )
                                    )
              Debtor(s)             )
_____

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend[s] in the amount of $5,558.96. The name and address of the claimant[s] entitled to the unclaimed dividend[s] are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| C-273 | JASON HUANG<br>538 MADISON ST<br>ALBANY CA 94706-111 | $744.73 | (CK#4206) |
| C-363 | MARVIN CASSELL<br>2014 MAHUA WAY<br>ANTIOCH CA 94531 | $569.35 | (CK#4116) |
| C-196 | WILLIAM BAGLEY<br>723 MCCLAY RD<br>NOVATO CA 94947 | $1,166.40 | (CK#4076) |
| G-848 | SVETLANA KISHINYOUSKAYA<br>5702 CROYDON AVE<br>SAN JOSE CA 95118 | $531.82 | (CK#4228) |

| | | | |
|---|---|---|---|
| C-389 | JAMES SCOTT LAING<br>4041 MEADOW WOOD DR<br>EL DORADO HILLS CA 95762 | $597.98 | (CK#4232) |
| C-245 | PAISLEY TAYLOR<br>2970 26TH ST<br>SAN FRANCISCO CA 94110 | $506.42 | (CK#4384) |
| G-796 | JASON MCCANDLESS<br>171 MAGNOLIA ST<br>SAN FRANCISCO CA 94123 | $687.63 | (CK#4274) |
| C-251 | DAVID LANG<br>8733 LACONIA DR<br>POWELL OH 43065 | $528.59 | (CK#4236) |
| C-247 | RON NICHOLS<br>3010 MARTIN LUTHER KING<br>OAKLAND CA 94609 | $226.04 | (CK#4300) |

TOTAL UNCLAIMED FUNDS      $5,558.96

DATED: April 1, 2008      BY: _/s/ E. Lynn Schoenmann_
                                  E LYNN SCHOENMANN
                                  TRUSTEE