E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax: (415) 362-0416
Email: lschoenmann@earthlink.net



**FILED**
APR 1 4 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 01-30125 STC |
| NORTHPOINT COMMUNICATIONS OF VIRGINIA | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend[s] in the amount of $7,928.55. The name and address of the claimant[s] entitled to the unclaimed dividend[s] are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| I-131-A | COLLEEN BUCHANAN 580 HOLBROOK CIRCLE LAKE MARY FL 32746 | $693.55 | (CK#4503) |
| G-313-B | GREGORY BRIDGES 7971 MICHIGAN AVE OAKLAND CA 94605 | $ 60.30 | (CK#4500) |
| V-260-B | DAVID DRINKARD 234 RINGGOLD ST PEEKSILL NY 10566 | $207.64 | (CK#4606) |
| G-603-B | CANDIDA BROWN 1673 GOLDEN GATE AVE 3 SAN FRANCISCO CA 94115 | $ 88.76 | (CK#4502) |

| | | | |
|---|---|---|---|
| G-774-B | JOHN B BROOKS<br>1257 FETZER LANE<br>OAKLEY CA 94561 | $ 28.37 | (CK#4501) |
| I-131-B | COLLEEN BUCHANAN<br>580 HOLBROOK CIRCLE<br>LAKE MARY FL 32746 | $273.04 | (CK#4504) |
| C-296-B | THOMAS BUCHHOLZ<br>2814 POINT REYES CT<br>ANTIOCH CA 94509 | $ 78.01 | (CK#4505) |
| G-377-B | LEO R BUKOWSKI<br>3010 SUNLAND DR<br>ALAMOGORDO NM 88310-4041 | $239.01 | (CK#4507) |
| C-293-B | THRESE L CRUM<br>418 HALLER AVE<br>ROMEOVILLE IL 60446 | $159.44 | (CK#4527) |
| C-363-B | MARVIN CASSELL<br>2014 MAHUA WAY<br>ANTIOCH CA 94531 | $ 19.00 | (CK#4514) |
| C-302-B | KRISTIN CARBERRY<br>1619 JUDAH ST<br>SAN FRANCISCO CA 94122 | $119.06 | (CK#4511) |
| V-187-B | KIM CRAWFORD<br>67 TANGLEWOOD RD<br>NEWTON MA 02459 | $189.77 | (CK#4524) |
| C-333-B | WILLIAM DUNN<br>C/O CHRISTOPHER DUNN<br>3113 CLAMDIGGER LANE<br>LAS VEGAS NV 89117 | $126.78 | (CK#4607) |
| C-334-B | MARLENE A DOKE<br>1288 OLYMPIC DR<br>MILPITAS CA 95035 | $ 12.93 | (CK#4604) |
| V-160-B | RODNEY HURD<br>5005 MONTOYA AVE APT 13<br>SAN PABLO CA 94805-1049 | $ 45.51 | (CK#4654) |
| C-272-B | DINA GAN<br>300 MURCHISON DR 212<br>MILLBRAE CA 94030 | $ 93.62 | (CK#4625) |

| | | | |
|---|---|---|---|
| V-198-B | JOSEPH EISCHENS<br>1003 GREEN OAK DR 12<br>NOVATO CA 94949 | $ 41.02 | (CK#4610) |
| I-135-B | PATRICK BOLLING<br>3709 HEMLOCK AVE<br>BIRMINGHAM AL 35221 | $ 55.48 | (CK#4496) |
| C-369-B | JULIE FORTE<br>9882 N MCGINNIS RD<br>MARANA AZ 85653 | $159.50 | (CK#4618) |
| G-780-A | STEPHEN FESSANT<br>6321 DOVER 8<br>OAKLAND CA 94609 | $ 14.46 | (CK#4614) |
| C-173-B | MARIO GARCIA<br>7140 W 166TH ST<br>TINLEY PARK IL 60477 | $ 47.84 | (CK#4631) |
| C-253-B | CHARLES TERRY GRAY<br>710 ROSEFIELD<br>PEARLAND TX 77584 | $ 69.73 | (CK#4632) |
| C-316 | DANA HIGHTOWER<br>2605 KELLEY AVE<br>SAN PABLO CA 94806 | $ 27.10 | (CK#4646) |
| G-542-B | HERMAN KWONG<br>19862 SUMMERRIDGE DR<br>CASTRO VALLEY CA 94552 | $163.09 | (CK#4667) |
| C-273-B | JASON HUANG<br>538 MADISON<br>ALBANY CA 94706 | $124.12 | (CK#4650) |
| C-307-B | THADDEUS R JONES<br>8213 COUSA COURT<br>RALEIGH NC 27616 | $224.04 | (CK#4663) |
| I-44-B | GERALD MARSHALL<br>2432 BALMORAL ST<br>UNION CITY CA 94587 | $ 60.28 | (CK#4692) |
| C-231-B | SEAN HOLCOMB<br>1320 LOMBARD ST 401<br>SAN FRANCISCO CA 94109 | $142.94 | (CK#4647) |
| C-251-B | DAVID LANG<br>8733 LACONIA DR<br>POWELL OH 43065 | $ 93.38 | (CK#4670) |

| # | ID | Name / Address | Amount | Check |
|---|---|---|---|---|
| 1 | G-444-B | JOMO LOW<br>1732 WEBSTER ST 404<br>OAKLAND CA 94612 | $ 57.71 | (CK#4684) |
| 2 | | | | |
| 3 | C-225-B | PHILIP LAW<br>368 A SANCHEZ ST<br>SAN FRANCISCO CA 94114 | $173.49 | (CK#4672) |
| 4 | | | | |
| 5 | G-366-B | ROY L MCCAULIE JR<br>506 - 39th ST<br>RICHMOND CA 94805 | $ 2.51 | (CK#4698) |
| 6 | | | | |
| 7 | G-101-B | EUGENE R OTTERBEIN<br>146 W 400 N<br>HERBER CITY UT 84032 | $128.00 | (CK#7234) |
| 8 | | | | |
| 9 | G-779-B | GARY MATHIESEN<br>3231 TERRACE BEACH DR<br>VALLEJO CA 94591 | $157.71 | (CK#4695) |
| 10 | | | | |
| 11 | G-818-B | SABRINA MOORE<br>49 CAMPO VERDE CIRCLE<br>SAN PABLO CA 94806 | $390.21 | (CK#4706) |
| 12 | | | | |
| 13 | C-280-B | BRADLEY C CASSELMAN<br>356 N POWERS AVE<br>MANTECA CA 95336 | $166.52 | (CK#4515) |
| 14 | | | | |
| 15 | C-207-B | MICHAEL MOORE<br>POB 8914<br>EMERYVILLE CA 94608 | $ 11.79 | (CK#4705) |
| 16 | | | | |
| 17 | I-40-B | BHAKTA JOHN MOSS<br>2929 HARPER ST<br>BERKELEY CA 94703 | $ 99.10 | (CK#4709) |
| 18 | | | | |
| 19 | G-480-B | DONNA PEREZ<br>100 BALCLUTHA DR<br>FOSTER CITY CA 94404 | $195.92 | (CK#4724) |
| 20 | | | | |
| 21 | I-76-B | PAUL MUTHER<br>230 MERLOT LN<br>OAKLEY CA 94561 | $257.63 | (CK#4712) |
| 22 | | | | |
| 23 | C-185-B | SHARON L LAX<br>211 DEVONWOOD<br>HERCULES CA 94547 | $105.15 | (CK#4673) |
| 24 | | | | |
| 25 | C-128-B | GUILLERMO RAMIREZ<br>370 MIRIAM ST<br>DALY CITY CA 94014 | $ 17.36 | (CK#4731) |

- 4 -

Case: 01-30125    Doc# 95    Filed: 04/14/08    Entered: 04/16/08 15:35:06    Page 4 of 6

| | | | |
|---|---|---|---|
| C-277-B | VAHID RASSI<br>3017 GREENHALL WAY<br>ANTIOCH CA 94509 | $139.78 | (CK#4732) |
| C-176-B | GREG ROBINSON<br>1495 GOLDEN GATE AVE 2<br>SAN FRANCISCO CA 94115 | $ 46.47 | (CK#4737) |
| C-362-B | WINSTON SINDT<br>3619 17TH ST<br>SAN FRANCISCO CA 94114 | $ 44.28 | (CK#4757) |
| C-346-B | JERRY M RAYNE<br>1474 SACRAMENTO ST<br>SAN FRANCISCO CA 94109 | $ 39.74 | (CK#4734) |
| I-132-B | DAVID RUDD<br>9919 FALCON BLUFF ST<br>SAN DIEGO CA 92127 | $640.83 | (CK#4743) |
| G-660-B | ORLANDES SHUEMAKE<br>3011 ROOSEVELT<br>RICHMOND CA 94804 | $345.73 | (CK#4756) |
| G-173-B | DIANA L RYAN<br>12 MARIAN DR<br>COLD SPRING KY 41076 | $159.50 | (CK#4744) |
| C-299-B | MARTIN D TAXERA<br>1429 BAY ST<br>ALAMEDA CA 94501 | $204.70 | (CK#4767) |
| C-245-B | PAISLEY TAYLOR<br>2970 26TH ST<br>SAN FRANCISCO CA 94110 | $102.96 | (CK#4769) |
| C-388-B | MELONIE RAY<br>271 SANTA CLARA AVE<br>OAKLAND CA 94610 | $  9.86 | (CK#4733) |
| C-383-B | VINCENT A SONEGO<br>60 24 64TH PLACE<br>GLENDALE NY 11385 | $231.60 | (CK#4761) |
| G-330-B | HEATHER E SAAL<br>3665 FILLMORE ST 17<br>SAN FRANCISCO CA 94123 | $161.00 | (CK#4745) |
| V-253-B | BLYTHE TODD COLLINS<br>2236b ROOSEVELT AVE<br>BERKELEY CA 94703 | $ 27.15 | (CK#4771) |

| | | | |
|---|---|---|---|
| C-170-B | TRAVIS C WHITAKER<br>1056 FULTON ST 3<br>SAN FRANCISCO CA 94117 | $ 51.03 | (CK#4786) |
| G-860-B | JOHN DAVID TOMPKINS<br>1133 SCHOOL ST<br>SUISUN CA 94585 | $ 27.11 | (CK#4773) |
| G-489-B | GRACE TSAI<br>1535 GREEN ST 104<br>SAN FRANCISCO CA 94123-5121 | $ 58.33 | (CK#4775) |
| G-824-B | PATRICIO TRIVERI<br>1333 GOUGH ST 6C<br>SAN FRANCISCO CA 94109 | $217.61 | (CK#4774) |

TOTAL UNCLAIMED FUNDS          $7,928.55

DATED:  April   , 2008        BY: _____
                                  E. LYNN SCHOENMANN
                                  TRUSTEE