E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

FILED
MAY 27 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                                ) Case No. 01-30125 STC
                                      )
NORTHPOINT COMMUNICATIONS             ) NOTICE OF UNCLAIMED DIVIDENDS
   OF VIRGINIA INC                    )
                                      )
                Debtor(s)             )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend in the amount of $157,408.78. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| G-825-A | MIKE LENZI<br>1602 BARNETT CIRCLE<br>PLEASANT HILL CA 94523 | $341.54 | (CK#4246) |
| G-84 | AIRBORNE FREIGHT CORP<br>DBA AIRBORNE EXPRESS<br>3131 ELLIOTT AVE STE 220<br>SEATTLE WA 98121-1047 | $14,272.33 | (CK#4246) |
| C-4 | JANUS MERRIT STRATEGIES LLC<br>1133 21ST ST NW STE 700<br>WASHINGTON DC 20036 | $284.34 | (CK#4822) |
| C-6 | IBIZ TECHNOLOGY CORPORATION<br>1919 W LONE CACTUS DR<br>PHOENIX AZ  85027 | $9,868.83 | (CK#4824) |

| | | | | |
|---|---|---|---|---|
| 1 | C-8 | IBIZ TECHNOLOGY CORPORATION<br>1919 W LONE CACTUS DR<br>PHOENIX AZ  85027 | $532.20 | (CK#4825) |
| 2 | | | | |
| 3 | G-11 | IBIZ TECHNOLOGY CORPORATION<br>1919 W LONE CACTUS DR<br>PHOENIX AZ  85027 | $1,838.81 | (CK#4935) |
| 4 | | | | |
| 5 | C-13 | INFORMIX SOFTWARE<br>FILE 92127<br>POB 60000<br>SAN FRANCISCO CA 94160-2127 | $2,811.21 | (CK#4827) |
| 6 | | | | |
| 7 | C-17 | BURTON SWEENEY<br>1876 ST GEORGE RD<br>DANVILLE CA 94526 | $4.66 | (CK#4828) |
| 8 | | | | |
| 9 | C-32 | POWERWARE CORP<br>ATTN CHIP LAFAYETTE CREDIT SUPERVISOR<br>POB 93810<br>CHICAGO IL 60673 | $2,270.44 | (CK#4830) |
| 10 | | | | |
| 11 | | | | |
| 12 | C-47 | LAURA A WALTER<br>111A 28TH ST<br>SAN FRANCISCO CA 94131 | $25.00 | (CK#4841) |
| 13 | | | | |
| 14 | C-55 | ASHIM JAIN<br>640 S AHWANCE TERRACE<br>SUNNYVALE ca 94086 | $25.00 | (CK#4844) |
| 15 | | | | |
| 16 | C-59 | MARIA BARRERA<br>POB 20031<br>OAKLAND CA 94620 | $5.00 | (CK#4846) |
| 17 | | | | |
| 18 | C-60 | RAJ SHAH<br>12064 RUSHWORTH TERR<br>GERMANTOWN MD 20874 | $25.00 | (CK#4847) |
| 19 | | | | |
| 20 | C-66 | RAMIL MERCADO<br>36400 UNION LAKE RD 204<br>HARRISON TOWNSHIP MI 48045 | $25.00 | (CK#4850) |
| 21 | | | | |
| 22 | C-69 | MARK HUSSIAN<br>3608 LAKESHORE AVE<br>OAKLAND CA 64610 | $15.00 | (CK#4852) |
| 23 | | | | |
| 24 | C-72-A | WILLIAM SHAPIRO<br>13 SUMMERSET DR<br>SMITHTOWN NY 11787 | $25.00 | (CK#4854) |
| 25 | | | | |

| # | Claim | Name/Address | Amount | Check |
|---|---|---|---|---|
| 1 | C-75 | KELLY CORDARO<br>POB 941<br>ELBURN IL 60119 | $25.00 | (CK#4855) |
| 2 | C-94 | MASTEC NORTH AMERICA<br>DBA MASTEC TECHNOLOGIES<br>3155 N W 77 AVE 130<br>MIAMI FL 33122 | $3,572.00 | (CK#4867) |
| 3 | C-127 | COMTEC INFORMATION SYSTEMS<br>4323 DIVISION ST STE 107<br>METAIRIE LA 70002 | $3,276.80 | (CK#4875) |
| 4 | C-145 | BENJAMIN WEST<br>6030 PERSHING 3E<br>ST LOUIS MO 63112 | $25.00 | (CK#4881) |
| 5 | C-160 | WAYNE KUANG<br>1614 BAYO VISTO AVE<br>SAN PABLO CA 94806 | $20.00 | (CK#4883) |
| 6 | C-194 | SUNBELT COMMUNICATIONS<br>ATTN J ARMSTRONG<br>505 CENTURY BLVD 100<br>ALLEN TX 75013 | $27,695.06 | (CK#4897) |
| 7 | C-201 | CCBN COM<br>343 CONGRESS ST<br>BOSTON MA 02210 | $159.00 | (CK#4900) |
| 8 | C-202 | HOLMAN PROFESSIONAL<br>    COUNSELING CENTERS<br>POB 8011<br>CANOGA PARK CA 91309 | $1,204.70 | (CK#4901) |
| 9 | C-264 | TIP RING COMMUNICATIONS LLC<br>407 INTERNATIONAL PKWY 400<br>RICHARDSON TX 75081 | $5,593.73 | (CK#4909) |
| 10 | C-434 | SUNBELT TELECOMMUNICATIONS INC<br>ATTN JIM ARMSTRONG<br>505 CENTURY PKWY BLDG 100<br>ALLEN TX 75013-3675 | $800.00 | (CK#4919) |
| 11 | G-81 | CENTERSTONE SOFTWARE INC<br>585 MASSACHUSETTS AVE 2ND FL<br>CAMBRIDGE MA 02139 | $180.00 | (CK#4942) |
| 12 | G-152 | WATSON WYATT & CO<br>ATTN: RUTH E SKOLNICK<br>1717 H ST NW<br>WASHINGTON DC 20006 | $2,400.00 | (CK#4949) |

| | | | |
|---|---|---|---|
| G-159 | CARONET INC<br>ATTN SHELLY BAUM<br>2610 WYCLIFF RD<br>RALEIGH NC 27607 | $16,358.88 | (CK#4950) |
| G-230 | COMPUWARE CORPORATION<br>31440 NORTHWESTERN HWY<br>FARMINGTON HILLS MI 48334 | $510.40 | (CK#4965) |
| G-390 | HOTJOBS.COM<br>ATTN: JULIE I SHERMAK<br>406 W 31ST ST 8TH FL<br>NEW YORK NY 10001 | $1,055.12 | (CK#4973) |
| G-428 | MELLON INVESTOR SERVICES LLC<br>235 MONTGOMERY ST 23RD FL<br>SAN FRANCISCO CA 94104 | $667.93 | (CK#4974) |
| G-559 | CYMBAL CORPORATION<br>1150 NORTH 1ST ST STE 201<br>SAN JOSE CA 95112 | $25,762.46 | (CK#4981) |
| G-582 | NETCOM SOLUTIONS<br>   INTERNATIONAL<br>14360 SULLYFIELD CIRCLE<br>CHANTILLY VA 20151 | $5,881.35 | (CK#4984) |
| I-3 | IBIZ TECHNOLOGY CORPORATION<br>1919 W LONE CACTUS DR<br>PHOENIX AR 85027 | $1,008.91 | (CK#5009) |
| I-23 | BEYOND.COM<br>DEPT 33160<br>POB 39000<br>SAN FRANCISCO CA 94139 | $4,199.09 | (CK#5012) |
| I-55 | DISCUS DATA SOLUTIONS<br>505 EIGHTH AVE STE 802<br>NEW YORK NY 10018 | $570.00 | (CK#5015) |
| V-3 | SOLOMON SOFTWARE FORMS<br>POB 3640<br>LAGUNA HILLS CA 92654 | $33.97 | (CK#5018) |
| V-7 | DISPLAY WORKS<br>470 VALLEY DR<br>BRISBANE CA 94005-1210 | $53.28 | (CK#5020) |
| V-21 | CLARITAS<br>POB 7247 7380<br>PHILADELPHIA PA 19170 | $11,685.02 | (CK#5023) |

| | | | |
|---|---|---|---|
| V-23 | NETCURRENTS<br>1350 OLD BAYSHORE HWY STE 30<br>BURLINGAME CA 94101 | $735.00 | (CK#5024) |
| V-91 | AMERICREDIT FINANCIAL<br>    SVCS INC<br>POB 99605<br>ARLINGTON TX 76096 | $1,581.27 | (CK#5032) |
| V-104 | BLEY<br>254 BAY VISTA CIRCLES<br>SAUSALITO CA 94965 | $3,000.00 | (CK#5033) |
| V-186 | ATLANTIC PACIFIC TELCOM INC<br>POB 85080<br>RICHMOND VA 23285 | $982.79 | (CK#5038) |
| V-213 | FALCON TRANSPORTATION<br>POB 640638<br>SAN FRANCISCO CA 94164 | $199.49 | (CK#5039) |
| V-54 | ADTS<br>ADVANCED DIGITAL TRANSPORT<br>5575 SE ALEXANDER ST STE 300<br>HILLSBORO OR 97123-8598 | $5,803.17 | (CK#5047) |

TOTAL UNCLAIMED FUNDS      $157,408.78

DATED: May 22, 2008      BY: _____
                                        E. LYNN SCHOENMANN
                                        TRUSTEE