E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax: (415) 362-0416
Email: lschoenmann@earthlink.net



**FILED**
AUG 1 4 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: ) Case No. 01-30125 STC
)
NORTHPOINT COMMUNICATIONS OF ) NOTICE OF UNCLAIMED DIVIDENDS
VIRGINIA )
)
Debtor(s) )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend[s] in the amount of $86,154.53. The name and address of the claimant[s] entitled to the unclaimed dividend[s] are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| C-005 | INTELLYSIS INC<br>9252 NORTH FIFTY SIXTH ST<br>TAMPA FL 33617 | $4,595.04 | (CK#4823) |
| C-036 | KINKO'S INC<br>ATTN BANKRUPTCY ADMINISTRATOR<br>1000 TOWN CENTER STE 300<br>OXNARD CA 93030 | $1,551.57 | (CK#4834) |
| C-079 | SAI CONSULTANTS LL<br>8 COLUMBIA DR<br>MARLTON NJ 08053 | $2,671.20 | (CK#4859) |
| C-108 | YIK WONG<br>6023 BLVD E STE E<br>WEST NEW YORK NJ 07073 | $25.00 | (CK#4873) |

| | | | | |
|---|---|---|---|---|
| 1 | C-141 | GLOBAL CROSSING BANDWITH INC<br>C/O JAMES D WOOD<br>1 EMBARCADERO CENTER 860<br>SAN FRANCISCO CA 94111 | $11,451.94 | (CK#4878) |
| 2 | C-142 | EFFICIENT NETWORKS INC<br>4849 ALPHA RD<br>DALLAS TX 75244 | $33,490.03 | (CK#4879) |
| 3 | C-171 | JAMES BROWN<br>101 POST RD<br>ALAMO CA 94507 | $ 25.00 | (CK#4888) |
| 4 | C-189 | INTRASHRED SECURITY SVCS<br>RE: RECALL SDS<br>2675 POMONA BLVD<br>POMONA CA 91768-3221 | $ 1,428.00 | (CK#4893) |
| 5 | G-001 | COMPUCOM SYSTEMS INC<br>7171 FOREST LANE<br>DALLAS TX 75230 | $ 4,930.50 | (CK#4933) |
| 6 | G-481 | NEUSTAR INC<br>1120 VERMONT AVE NW 400<br>WASHINGTON DC 20005 | $ 81.36 | (CK#4975) |
| 7 | I-002 | 2BRIDGE<br>ATTN ACCOUNTS RECEIVABLE<br>221 MAIN ST STE 800<br>SAN FRANCISCO CA 94105 | $ 2,706.25 | (CK#5008) |
| 8 | V-135 | TECHSPAN<br>935 BENECIA AVE<br>SUNNYVALE CA 94086 | $ 4,910.00 | (CK#5037) |
| 9 | C-030 | EVERYONES INTERNET<br>ROBERT MARSH<br>260 SW FREEWAY 5TH FL<br>HOUSTON TX 77098 | $16,795.73 | (CK#5683) |
| 10 | C-261 | JOJO ABRAHAM<br>1671 CHANNING CT<br>MELROSE PARK IL 60160 | $ 250.00 | (CK#5733) |
| 11 | C- 72B | WILLIAM SHAPIRO<br>13 SUMMERSET DR<br>SMITHTOWN NY 11787 | $ 359.55 | (CK#5737) |
| 12 | G-830A | PATRICK DAVID CLARK<br>353 EAST 10TH ST STE E 240<br>GILROY CA 95020 | $ 691.27 | (CK#5739) |

| | | | | |
|---|---|---|---|---|
| 1 | G-830B | PATRICK DAVID CLARK | $ 192.09 | (CK#5740) |
| 2 | | 353 EAST 10TH ST STE E 240<br>GILROY CA 95020 | | |

TOTAL UNCLAIMED FUNDS $86,154.53

DATED: August 11, 2008  BY: _____
E. LYNN SCHOENMANN
TRUSTEE