# CARONET, INC.

August 19, 2008

*Via Certified Mail/Return Receipt Requested*
United States Bankruptcy Court
Attention: Toni Taylor
POB 7341
San Francisco, CA 94120-7341

      Re:    Case No. 01-30125 STC
               Claim for Unclaimed Funds

Dear Ms. Taylor:

Pursuant to US Bankruptcy Court Case No. 01-30125 STC, "Northpoint Communications of Virginia Inc Notice of Unclaimed Dividends" filed on May 27, 2008, Caronet, Inc. ("Caronet") respectfully requests distribution of their unclaimed dividend of $16,358.88 as noted on page 4, Claim #G-159 of the subject document. We have enclosed a copy of the Notice of Unclaimed Dividends for your reference.

The original check (CK#4950) was sent to an old address no longer occupied by Caronet. The prior and current mailing addresses for Caronet are:

| Prior | Current |
|---|---|
| 2610 Wycliff Road | 550 Lytton Avenue, Suite 200 |
| Raleigh, NC  27607 | Palo Alto, CA  94301 |

We are enclosing copies of the "North Carolina Annual Report for Business Corporations" for Caronet, Inc. (Secretary of State Corp ID Number 0444587) to support the change of address as well as the change in principal officers for the company.

Also enclosed please find a completed "Affidavit of Service," a copy of which will be sent to the office of the US Attorney for the Northern District of California along with a copy of this request.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

If you have any questions regarding this request or its supporting documents, please contact our General Counsel, Rich Saffir, at 650-470-7526.

                                                 Sincerely,

                                                 Sean P. Doherty
                                                 President

Enclosures:
(1) Notice of Unclaimed Dividends: Case No. 01-30125 STC
(2) North Carolina Annual Report for Business Corporations (Fiscal Yr Ending 1999, 2001, 2002, 2006, 2007)
(3) Affidavit of Service

# ACKNOWLEDGMENT

State of California
County of _Santa Clara_ )

On _August 19, 2008_ before me, _Alicia Boyd, Notary Public_
(insert name and title of the officer)
personally appeared _Sean P. Doherty_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Alicia Boyd_    (Seal)

ALICIA BOYD
Commission # 1628971
Notary Public - California
Santa Clara County
My Comm. Expires Jan 9, 2010