E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

**FILED**

FEB 2 5 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| **NORTHPOINT COMMUNICATIONS OF VIRGINIA INC;** | **01-30125 STC** |
| NORTHPOINT COMMUNICATIONS INC; | 01-30126 STC |
| NORTHPOINT COMMUNICATIONS GROUP INC; | 01-30127 STC |
| NORTHPOINT INTERNATIONAL INC | 01-30128 STC |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court unclaimed dividends in the amount of $318,859.65. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| C-4 | JANUS MERRIT STRATEGIES LLC 1133 21ST ST NW STE 700 WASHINGTON DC 20036 | $341.21 | (CK#6113) |
| C-5 | INTELLYSIS INC 9252 NORTH 56 ST TAMPA FL 33617 | $5,514.04 | (CK#6114) |
| C-13 | INFORMIX SOFTWARE FILE 92127 POB 60000 SAN FRANCISCO CA 94160-2127 | $3,373.45 | (CK#6118) |

```
 1    C-17      BURTON SWEENEY                  $5.59    (CK#6120)
 2              1876 ST GEORGE RD
              DANVILLE CA 94526

 3    C-32      POWERWARE CORP              $2,724.52    (CK#6123)
              ATTN CHIP LAFAYETTE CREDIT SUPERVISOR
 4              POB 93810
              CHICAGO IL 60673-3810
 5
      C-47      LAURA A WALTER                 $30.00    (CK#6134)
 6              340 VALLEJO DR 83
              MILLBRAE CA 94030
 7
      C-59      MARIA BARRERA                   $6.00    (CK#6140)
 8              POB 20031
              OAKLAND CA 94620
 9
      C-66      RAMIL MERCADO                  $30.00    (CK#6144)
10              36400 UNION LAKE RD 204
              HARRISON TOWNSHIP MI 48045
11
      C-69      MARK HUSSIAN                   $18.00    (CK#6146)
12              3608 LAKESHORE AVE 3
              OAKLAND CA 64610
13
      C-72-A    WILLIAM SHAPIRO                $30.00    (CK#6148)
14              13 SUMMERSET DR
              SMITHTOWN NY 11787
15
      C-75      KELLY CORDARO                  $30.00    (CK#6149)
16              POB 941
              ELBURN IL 60119
17
      C-77      SANJEEV CHAUHAN                $30.00    (CK#6151)
18              846 SPRING KNOLL DR
              HENDON VA 20170
19
      C-127     COMTEC INFO SYSTEMS         $3,932.16    (CK#6171)
20              4323 DIVISION ST STE 107
              METAIRIE LA 70002
21
      C-194     SUNBELT COMMUNICATIONS     $33,234.07    (CK#6195)
22              ATTN J ARMSTRONG
              505 CENTURY BLVD 100
23              ALLEN TX 75013-3675

24    C-201     CCBN COM                      $190.80    (CK#6198)
              343 CONGRESS ST
25              BOSTON MA 02210
```

```
 1   C-202    HOLMAN PRO COUNSELING CENTERS  $1,445.64   (CK#6199)
 2            POB 8011
              CANOGA PARK CA 91309-8011

 3   C-224    EXECUTIVE DIRECTION           $15,693.58   (CK#6202)
 4                 CONSULTING INC
              155 SANSOME ST STE 400
 5            SAN FRANCISCO CA 94104

     C-234    EN POINTE TECHNOLOGIES INC      $679.70   (CK#6205)
 6            100 N SEPULVEDA BLVD 19TH FL
              EL SEGUNDO CA 90245
 7
     C-434    SUNBELT COMMUNICATIONS          $960.00   (CK#6226)
 8            ATTN J ARMSTRONG
              505 CENTURY BLVD 100
 9            ALLEN TX 75013-3675

10   G-81     CENTERSTONE SOFTWARE INC        $216.00   (CK#6252)
11            585 MASSACHUSETTS AVE 2ND FL
              CAMBRIDGE MA 02139

12   G-84     AIRBORNE FREIGHT CORP         $17,126.80   (CK#6254)
13            DBA AIRBORNE EXPRESS
              3131 ELLIOTT AVE STE 220
14            SEATTLE WA 98121-1047

     G-152    WATSON WYATT & CO             $2,880.00   (CK#6261)
15            ATTN: RUTH E SKOLNICK
              1717 H ST NW
16            WASHINGTON DC 20006

17   G-159    CARONET INC                  $19,630.65   (CK#6262)
18            ATTN SHELLY BAUM
              550 LITTON AVE
19            PALO ALTO CA  94301

     G-230    COMPUWARE CORP                  $612.48   (CK#6279)
20            31440 NORTHWESTERN HWY
              FARMINGTON HILLS MI 48334
21
     G-390    HOTJOBS.COM                   $1,266.15   (CK#6289)
22            ATTN: JULIE I SHERMAK
              406 W 31ST ST 8TH FL
23            NEW YORK NY 10001

24   G-428    MELLON INVESTOR SVCS            $801.51   (CK#6290)
              235 MONTGOMERY ST 23RD FL
25            SAN FRANCISCO CA 94104
```

| | | | |
|---|---|---|---|
| G-481 | NEUSTAR INC<br>1120 VERMONT AVE NW 400<br>WASHINGTON DC 20005 | $97.63 | (CK#6294) |
| G-538 | DELOITTE CONSULTING LP<br>ATTN RONALD D HUBERT<br>350 S GRAND AVE<br>LOS ANGELES CA 90071-3642 | $133,142.90 | (CK#6298) |
| G-559 | CYMBAL CORPORATION<br>1150 NORTH 1ST ST STE 201<br>SAN JOSE CA 95112 | $30,914.95 | (CK#6301) |
| G-582 | NETCOM SOLUTIONS INTER'L<br>14360 SULLYFIELD CIRCLE<br>CHANTILLY VA 20151 | $7,057.62 | (CK#6304) |
| I-2 | 2BRIDGE<br>ATTN ACCOUNTS RECEIVABLE<br>221 MAIN ST STE 800<br>SAN FRANCISCO CA 94105 | $3,247.50 | (CK#6337) |
| I-93 | ELECTRIC LIGHTWAVE<br>ATTN PATRICIA FREEMAN<br>4400 NE 77TH AVE<br>VANCOUVER WA 98662 | $513.47 | (CK#6345) |
| V-3 | SOLOMON SOFTWARE FORMS<br>POB 3640<br>LAGUNA HILLS CA 92654-3640 | $40.77 | (CK#6347) |
| V-7 | DISPLAY WORKS<br>470 VALLEY DR<br>BRISBANE CA 94005-1210 | $63.94 | (CK#6349) |
| V-21 | CLARITAS<br>POB 7247 7380<br>PHILADELPHIA PA 19170-0001 | $14,022.02 | (CK#6352) |
| V-23 | NETCURRENTS<br>1350 OLD BAYSHORE HWY 30<br>BURLINGAME CA 94101 | $882.00 | (CK#6353) |
| V-33 | GLOBAL CROSSING<br>20 OAK HOLLOW STE 300<br>SOUTHFIELD MI 48034 | $6,331.36 | (CK#6354) |
| V-54 | ADTS<br>ADVANCED DIGITAL TRANSPORT<br>5575 SE ALEXANDER ST STE 300<br>HILLSBORO OR 97123-8598 | $6,963.80 | (CK#6355) |

| | | | |
|---|---|---|---|
| V-104 | BLEY<br>254 BAY VISTA CIRCLES<br>SAUSALITO CA 94965 | $3,600.00 | (CK#6363) |
| V-186 | ATLANTIC PACIFIC TELCOM<br>POB 85080<br>RICHMOND VA 23285-4178 | $1,179.34 | (CK#6368) |
| TOTAL UNCLAIMED FUNDS | | $318,859.65 | (CK#6426) |

DATED: __ February 23, 2009 ____    BY: _____

                                                 E. LYNN SCHOENMANN
                                                 TRUSTEE