## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    ) CASE NO.   01-30125
                                          ) CHAPTER    7
Northpoint Communications of              )
        Virginia                          )
                                          )
DEBTOR (S)                                ) **PETITION FOR UNCLAIMED FUNDS**
                                          )

   I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $4,910.00 which is the sum of all monies deposited with the Court by the case trustee on behalf of the creditor Techspan .

2. I am the lawful attorney-in-fact for the creditor (or successor in interest to the creditor) named in paragraph 1 and I am duly authorized by the attached original power of attorney to file this application. I acknowledge that I am solely responsible for payment of these funds to the creditor.

3. The following is the claimant's current address, contact, phone number, and a brief history of the creditor from filing of the creditor's claim to present.

   The court lists the following information for this claimant:

   Techspan
   935 Benecia Avenue
   Sunnyvale CA 94086

   That information is no longer correct. The following is the current address, contact and telephone number:

   Current Address:

   Headstrong Services L.L.C.
   Attn: Alphonse Valbrune, General Counsel
   4035 Ridgetop Road Suite 300
   Fairfax, VA 22030

   Current Phone: 703-272-6637

   Creditors History: The claimant named above is the rightful claimant to these funds as evidenced by the attached Exhibits. The claimant is the original creditor in this case and still occupies a facility at the address of record. The name has changed since the claim was filed as shown in Exhibits C and D. The claimant is now known as Headstrong Services, LLC. It is assumed that this name change prevented delivery of the original payment.

Authorization to act as the claimant's agent is shown by <u>Exhibit A</u>. <u>Exhibit B</u> is a sworn affidavit of the claimant asserting ownership of these funds and affirming the name change. <u>Exhibit C</u> is the Certificate of Conversion to a Limited Liability Company filed with the Secretary of State for Delaware. <u>Exhibit D</u> is the amendment filed with the Secretary of State for Delaware changing the name to "Headstrong Services, LLC". <u>Exhibit E</u> is from the claimant's website showing the facility still maintained at the address in the court records. <u>Exhibit F</u> is company letterhead showing the primary address. <u>Exhibit G</u> identifies the signatory by his business card and Maryland Driver License.

<u>The following attached Exhibits support this claim</u>:

Exhibit A: Original Limited Power of Attorney (Authority to Act)
Exhibit B: Affidavit of Claimant
Exhibit C: Certificate of Conversion
Exhibit D: Name Change Amendment
Exhibit E: Claimant office locations
Exhibit F: Company Letterhead
Exhibit G: Business card & Photo Identification of signatory (personal data obscured for privacy reasons)

Date executed by applicant <u>Nov. 12, 08.</u>

_____
Michael Sullivan
Sierra Funds Recovery, Inc.
10123 Main Place Ste. B
Bothell, WA 98011-3402
425.489.2669

Attorney in Fact for
Headstrong Services L.L.C.

NOTARY ACKNOWLEDGMENT

State of Washington )
County of King )

On <u>November 12, 2008</u> before me, personally appeared Michael Sullivan<u>, of Sierra Funds Recovery, Inc.</u> personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal:

_____
NOTARY PUBLIC
Notary in and for the State of Washington
Residing in King County