UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                             )  Case No. 01-30125 STC
    Northpoint Communications of Virginia Inc.  )  Chapter No. 7
                                                 )
                                                 )  Application for Unclaimed Dividends
                                                 )  and Certificate of Service
                                                 )
    Debtor(s)                                    )

I am applying for funds in the amount of $3,373.45 which have been paid into the court by the trustee in this case for the following creditor.

    Name    International Business Machines Corp. (IBM) successor in interest to Informix Software

    Address    A/P Ledger Reconciliations & Controls Dept., IBM Global Accounts 1701 North St. Dept L1Q, Endicott, NY13760

    Tax ID#    13-0871985

Please check the appropriate box (Check only those that apply):

____ I am the creditor named above.

____ I hold an ownership interest of _____% in the creditor and my ownership interest is that of _____ (e.g. sole proprietorship, partner, stockholder). I have authority from any and all other parties holding an ownership interest in the creditor to collect funds on behalf of the creditor.

____ I am an employee of the creditor named above and my title is _____.
I am authorized by the creditor to file this application and have attached an authorization to collect on behalf of the creditor because I am not an officer of the company or corporation.

__X__ I am the legal representative for the creditor named above. I have attached an original, notarized power of attorney, which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. An **original** business card is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf of the creditor is attached if the claimant is not an officer of the company or corporation.

____ I am a successor in interest, or its legal representative (legal representatives must attach a power of attorney as described above) and I have attached documentation, which establishes my right to make this claim. Please provide a brief history of the creditor named above and attach documents that clearly establish that the unclaimed funds are included in any sale, merger, transfer or acquisition.

_____ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

_____ None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because:

I have no knowledge that any other party may be entitled to and I am not aware of any dispute regarding these funds.

On <u>Monday, May 11, 2009</u>, I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. 36055, San Francisco, CA 94102.

I understand that pursuant to 18U.S.C. Section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

I certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_____
Signature of Claimant

　　　　　　　　　　　　　　　　　　　　　　　The Locator Services Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　<u>316 Newbury St., Ste.32, Boston, MA 02115</u>
　　　　　　　　　　　　　　　　　　　　　　　Address of Claimant

<u>Kim Sawyer, Esquire</u>　　　　　　　　　　　<u>(617) 859-0600</u>
Typed or Printed Name　　　　　　　　　　　Telephone

<u>Monday, May 11, 2009</u>　　　　　　　　　　<u>data@tlsgltd.com</u>
Date　　　　　　　　　　　　　　　　　　　　Email Address of Claimant

SUBSCRIBED AND SWORN before me this __11th__ day of __May__, 200_9_.

　　　　　　　　　　　　　　　　　　　　　　_____
NOTARY　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　　　　in and for the State of Massachusetts,
　　　　　　　　　　　　　　　　　　　　　　residing in the County of Suffolk.
　　　　　　　　　　　　　　　　　　　　　　My commission expires: __11/23/12__