UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
Northpoint Communications of Virginia Inc.

Case No: 01-30125 STC

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Patni Americas, Inc., claimant, hereby petitions the Court for $30,914.95, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Cymbal Corporation, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Cymbal Corporation was acquired by Patni Computer Systems Limited and subsequently, renamed to Panti Telecom Solutions, Inc., as evidenced by exhibits A & B. Patni Computer Systems Limited and Patni Telecom Solutions, Inc. are both owned by Patni Computer Systems, Inc., as evidenced by exhibit C. Patni Computer Systems, Inc. changed its name to Patni Americas, Inc., as evidenced by exhibit D.

The Creditor's mailing address at the time the claim was filed with the Court was:

Cymbal Corporation
1150 North 1st St., Ste 201
San Jose, CA 95112

The claimant's current mailing address is:

Patni Americas, Inc.
Avinash Agarwal Controller
One Broadway
Cambridge, MA 02142
617-914-8000
Last four digits of SS#/Tax ID: 1766

Please note: Patni Americas, Inc. f/k/a Cymbal Corporation is requesting its address of Court record for the above captioned case to be changed to its current mailing address listed above.

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: April 22, 2009

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027-0125
(425) 836-5728

Subscribed and Sworn Before Me this 22 day of April, 20 09.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

2