# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:                                    )
                                          )      Case No.01-30125 (STC)
NORTHPOINT COMMUNICATIONS                 )
OF VIRGINIA, INC.,                        )      Chapter 7
                                          )
                                          )
                                          )      **APPLICATION FOR UNCLAIMED**
                       Debtor.            )      **DIVIDENDS AND CERTIFICATE**
                                          )      **OF SERVICE**

I am applying for funds in the amount of $133,142.90, which have been paid into the Court by

the trustee in this case for the following creditor:

     Name:     Deloitte Consulting LP

     Address:     1633 Broadway
                 New York, New York 10019.

I am the in-house counsel for the creditor named above. Attached hereto as Exhibit "A" is a

copy of a letter dated April 13, 2009, sent by Tony Forcum, a principal of Deloitte Consulting

LLP, to Ms. Toni Taylor at the United States Bankruptcy Court, Northern District of California.

This letter explains in detail, to the best of my knowledge, the reason why the above-named

creditor is making this application for unclaimed dividends. A copy of this letter was also sent to

the U.S. Attorney for the Northern District of California on April 17, 2009. Proof of mailing and

receipt is also attached.

On May 20, 2009, I mailed a copy of this instant application to the U.S. Attorney for the

Northern District of California, 450 Golden Gate Avenue, POB 36055, San Francisco, California

94102.

I understand that pursuant to 18 U.S.C. § 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I knowingly and fraudulently made any false statements in this document.

*I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.*

_____

Roland Young
Assistant General Counsel
Deloitte LLP

On behalf of
**Deloitte Consulting LP**
Creditor/Claimant
1633 Broadway
New York, New York 10019
(212) 492-4000
rolyoung@deloitte.com

Dated: May 20, 2009

Sworn to before me on this
20th day of May, 2009.

_____
Notary Public

JOHN RUFFINI
Notary Public, State of New York
No. 31-4917897
Qualified in New York County
Term Expires January 25, 20 10

# Deloitte.

Deloitte Consulting L.P.
1633 Broadway
New York, New York 10019
USA

Tel: +1 212 492 4000
Fax: +1 212 492 4201
www.deloitte.com

April 13, 2009

Ms. Toni Taylor
United States Bankruptcy Court
Northern District of California
Post Office Box # 7341
San Francisco, California 94120

Re: *In re NorthPoint Communications of Virginia, Inc.* (01-30125 STC)

Dear Ms. Taylor:

I am writing on behalf of Deloitte Consulting L.P. ("Deloitte Consulting"), a creditor of NorthPoint Communications of Virginia, Inc. ("NorthPoint"), a debtor that filed for bankruptcy in the United States Bankruptcy Court, Northern District of California ( the "Court") on January 16, 2001 (Case No. 01-30125 STC). I am making this request pursuant to the Court's instructions regarding unclaimed funds. Pursuant to these instructions, I have attached the chapter 7 trustee's Notice of Unclaimed Dividends with respect to NorthPoint, dated February 23, 2009 (the "Notice of Unclaimed Dividends").

When NorthPoint filed for bankruptcy, it owed Deloitte Consulting $1,109,524.00. On October 24, 2001, Deloitte Consulting filed a Proof of Claim in this amount with the Court. (Copies of invoices and Proof of Claim are enclosed.) In November of 2007, Deloitte Consulting received a payment of 10% of this amount or $110,952.40. I understand that another distribution was made of 12% on unsecured claims and believe that a check was sent to Deloitte Consulting in the amount of $133,142.90. As I understand it, this check was not deposited and may have been inadvertently sent back to the chapter 7 trustee of NorthPoint.

The second distribution may have been sent to Ronald Hubert, a former Deloitte Consulting partner, who signed the relevant Proof of Claim and whose name appears with Deloitte Consulting on the Notice of Unclaimed Dividends (also enclosed). The address listed on the Proof of Claim and on the Notice of Unclaimed Dividends is a valid Deloitte Consulting address; however, Mr. Hubert has not been with Deloitte Consulting for a few years now. Accordingly, the distribution check may have been "undeliverable" and returned to sender.

I would like to request that another distribution check in the amount of $133,142.90 (the amount set forth in the Notice of Unclaimed Dividends with respect to Deloitte Consulting) be sent payable to Deloitte Consulting. Please send this check to the following individual at the following address:

Roland Young, Esq.
Deloitte LLP
Office of General Counsel
1633 Broadway
New York, New York 10019
(212) 492-4327

Member of
Deloitte Touche Tohmatsu

Case: 01-30125   Doc# 225   Filed: 07/30/09   Entered: 07/30/09 13:38:54   Page 3 of 4

If you have any questions, please call Roland Young at the number listed above. Thank you very much for your assistance in this matter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sincerely,

Deloitte Consulting L.P.,

By: Deloitte Consulting (Holding Sub) LLC, as
general partner

By: Deloitte Consulting LLP, as member

By: _____
Tony Forcum
Secretary

Enclosures

cc: U.S. Attorney for the Northern District of California

Sworn to before me on this
_13_ day of April, 2009.

_____
Notary Public

KAREN D. MCKAY
MY COMMISSION EXPIRES
March 14, 2010