

Signed and Filed: August 18, 2009

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  ) Case No.   01-30125 STC
)
NORTHPOINT COMMUNICATIONS OF VIRGINIA INC.  )
)
) Chapter 7
)
Debtor  ) **ORDER TO PAY UNCLAIMED FUNDS**
)

It appearing that the check(s) made payable to Sunbelt Communications and Sunbelt Telecommunications in the total amount of $28,495.06 were not cashed within the 90 day limit and an unclaimed money report was entered on May 27, 2008 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Sunbelt Telecommunications, Inc. is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $28,495.06 to the order of Sunbelt Telecommunications, Inc. C/o Dilks & Knopik, LLC, P. O. Box 2728, Issaquah, WA 98027-0125.

***End of Order***
***No Service List Requested***