E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax: (415) 362-0416
Email: lschoenmann@earthlink.net

**FILED**
DEC 1 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA
*initials*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: ) Case No. 01-30125 STC
)
NORTHPOINT COMMUNICATIONS OF ) NOTICE OF UNCLAIMED DIVIDENDS
    VIRGINIA )
)
Debtor(s) )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend[s] in the amount of $67,955.32. The name and address of the claimant[s] entitled to the unclaimed dividend[s] are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| V-213 | FALCON TRANSPORTATION<br>POB 640638<br>SAN FRANCISCO CA 94164 | $239.38 | (CK#6369) |
| C-013 | INFORMIX SOFTWARE<br>FILE 92127<br>POB 60000<br>SAN FRANCISCO CA 94160-2127 | $1,335.01 | (CK#6446) |
| C-017 | BURTON SWEENEY<br>1876 ST GEORGE RD<br>DANVILLE CA 94526 | $ 2.21 | (CK#6448) |
| C-032 | POWERWARE CORP<br>ATTN CHIP LAFAYETTE CREDIT SUPERVISOR<br>POB 93810<br>CHICAGO IL 60673-3810 | $1,078.21 | (CK#6451) |

| | | | | |
|---|---|---|---|---|
| 1 | C-036 | KINKO'S INC<br>ATTN BANKRUPTCY ADMINISTRATOR<br>1000 TOWN CENTER STE 300<br>OXNARD CA 93030 | $736.83 | (CK#6455) |
| 2 | C-038 | C LINK<br>207 W MULLIN<br>POST FALLS ID 83854 | $2,348.76 | (CK#6457) |
| 3 | C-047 | LAURA A WALTER<br>340 VALLEJO DR 83<br>MILLBRAE CA 94030 | $ 11.87 | (CK#6462) |
| 4 | C-055 | ASHIM JAIN<br>3319 PINKERTON CT<br>SAN JOSE CA 95148 | $ 11.87 | (CK#6465) |
| 5 | C-059 | MARIA BARRERA<br>POB 20031<br>OAKLAND CA 94620 | $ 2.37 | (CK#6468) |
| 6 | C-066 | RAMIL MERCADO<br>36400 UNION LAKE RD 204<br>HARRISON TOWNSHIP MI 48045 | $ 11.87 | (CK#6472) |
| 7 | C-069 | MARK HUSSIAN<br>3608 LAKESHORE AVE 3<br>OAKLAND CA 64610 | $ 7.12 | (CK#6474) |
| 8 | C-075 | KELLY CORDARO<br>POB 941<br>ELBURN IL 60119 9 | $ 11.87 | (CK#6477) |
| 9 | C-077 | SANJEEV CHAUHAN<br>846 SPRING KNOLL DR<br>HENDON VA 20170 | $ 11.87 | (CK#6479) |
| 10 | C-127 | COMTEC INFO SYSTEMS<br>4323 DIVISION ST STE 107<br>METAIRIE LA 70002 | $1,556.12 | (CK#6502) |
| 11 | C-141 | GLOBAL CROSSING BANDWITH INC<br>C/O JAMES D WOOD<br>1 EMBARCADERO CENTER 860<br>SAN FRANCISCO CA 94111 | $5,438.41 | (CK#6507) |
| 12 | C-160 | WAYNE KUANG<br>1614 BAYO VISTO AVE<br>SAN PABLO CA 94806 | $ 9.50 | (CK#6513) |

| | | | | |
|---|---|---|---|---|
| C-187 | KNOWLEDGENET.COM<br>14624 N SCOTTSDALE RD STE 300<br>SCOTTSDALE AZ 85245 | $386.56 | (CK#6532) |
| C-194 | SUNBELT COMMUNICATIONS<br>ATTN J ARMSTRONG<br>505 CENTURY BLVD STE 100<br>ALLEN TX 75013-3675 | $13,152.10 | (CK#6538) |
| C-201 | CCBN COM<br>343 CONGRESS ST<br>BOSTON MA 02210 | $ 75.51 | (CK#6542) |
| C-202 | HOLMAN PRO COUNSELING CENTERS<br>POB 8011<br>CANOGA PARK CA 91309-8011 | $572.10 | (CK#6543) |
| C-218 | CHRISTOPHER DAVIS<br>16032 SHERMAN WAY 372<br>VAN NUYS CA 91406 7 | $ 11.87 | (CK#6551) |
| C-234 | EN POINTE TECHNOLOGIES INC<br>100 N SEPULVEDA BLVD 19TH FL<br>EL SEGUNDO CA 90245 | $268.99 | (CK#6560) |
| C-434 | SUNBELT COMMUNICATIONS<br>ATTN JIM ARMSTRONG<br>505 CENTURY PKWY BLDG STE 100<br>ALLEN TX 75013-3675 | $379.91 | (CK#6657) |
| G-081 | CENTERSTONE SOFTWARE<br>585 MASSACHUSETTS AVE 2ND FL<br>CAMBRIDGE MA 02139 | $ 85.48 | (CK#6683) |
| G-084 | AIRBORNE FREIGHT CORP<br>DBA AIRBORNE EXPRESS<br>3131 ELLIOTT AVE STE 220<br>SEATTLE WA 98121-1047 | $6,777.79 | (CK#6685) |
| G-114 | CAGE AND NORTH<br>STEVEN E ABELMAN<br>1433 - 17TH ST<br>DENVER CO 80202 | $323.09 | (CK#6691) |
| G-152 | WATSON WYATT & CO<br>ATTN: RUTH E SKOLNICK<br>1717 H ST NW<br>WASHINGTON DC 20006 | $1,139.74 | (CK#6693) |
| G-287 | SMITH MAJCHER MUDGE LLP<br>816 CONGRESS AVE STE 1270<br>AUSTIN TX 78781 | $158.70 | (CK#6722) |

| | | | | |
|---|---|---|---|---|
| 1 | G-390 | HOTJOBS.COM<br>ATTN: JULIE I SHERMAK<br>406 W 31ST ST 8TH FL<br>NEW YORK NY 10001 | $501.07 | (CK#6738) |
| 2 | G-481 | NEUSTAR INC<br>1120 VERMONT AVE NW 400<br>WASHINGTON DC 20005 | $ 38.64 | (CK#6750) |
| 3 | G-559 | CYMBAL CORPORATION<br>1150 NORTH 1ST ST STE 201<br>SAN JOSE CA 95112 | $12,234.33 | (CK#6764) |
| 4 | G-582 | NETCOM SOLUTIONS INTER'L<br>14360 SULLYFIELD CIRCLE<br>CHANTILLY VA 20151 | $2,792.99 | (CK#6772) |
| 5 | G-682 | RICHARDS LAYTON & FINGER<br>ATTN: KAREN M MCKINLEY ESQ<br>ONE RODNEY SQUARE POB 551<br>WILMINGTON DE 19899 | $1,180.65 | (CK#6798) |
| 6 | I-002 | 2BRIDGE<br>ATTN ACCOUNTS RECEIVABLE<br>221 MAIN ST STE 800<br>SAN FRANCISCO CA 94105 | $1,285.17 | (CK#6943) |
| 7 | I-026 | SECURITY LINK<br>9000 TOWN CENTER PKWAY<br>BRADENTON FL 34202-4101 | $566.98 | (CK#6948) |
| 8 | I-093 | ELECTRIC LIGHTWAVE<br>ATTN PATRICIA FREEMAN<br>4400 NE 77TH AVE<br>VANCOUVER WA 98662 | $203.20 | (CK#6959) |
| 9 | V-003 | SOLOMON SOFTWARE FORMS<br>POB 3640<br>LAGUNA HILLS CA 92654-3640 | $ 16.13 | (CK#6966) |
| 10 | V-007 | DISPLAY WORKS<br>470 VALLEY DR<br>BRISBANE CA 94005-1210 | $ 25.30 | (CK#6968) |
| 11 | V-021 | CLARITAS<br>POB 7247 7380<br>PHILADELPHIA PA 19170-0001 | $5,549.10 | (CK#6971) |
| 12 | V-023 | NETCURRENTS<br>1350 OLD BAYSHORE HWY 30<br>BURLINGAME CA 94101 7 | $349.04 | (CK#6972) |

| | | | |
|---|---|---|---|
| V-054 | ADTS<br>ADVANCED DIGITAL TRANSPORT<br>5575 SE ALEXANDER ST STE 300<br>HILLSBORO OR 97123-8598 | $2,755.86 | (CK#6974) |
| V-104 | BLEY<br>254 BAY VISTA CIRCLES<br>SAUSALITO CA 94965 | $1,424.67 | (CK#6982) |
| V-186 | ATLANTIC PACIFIC TELCOM<br>POB 85080<br>RICHMOND VA 23285-4178 | $466.71 | (CK#6992) |
| V-259 | UNIVERSAL SAVINGS BANK<br>754 NORTH 4TH ST<br>MILWAUKEE WI 53203 | $25.36 | (CK#7001) |
| V-253-B | BLYTHE TODD COLLINS<br>2236-B ROOSEVELT AVE<br>BERKELEY CA 94703 | $12.78 | (CK#7055) |
| I-023 | BEYOND.COM<br>DEPT 33160<br>POB 39000<br>SAN FRANCISCO CA 94139 | $1,994.10 | (CK#7056) |
| I-055 | DISCUS DATA SOLUTIONS<br>505 EIGHTH AVE STE 802<br>NEW YORK NY 10018 | $270.69 | (CK#7057) |
| V-213 | FALCON TRANSPORTATION<br>POB 640638<br>SAN FRANCISCO CA 94164 | $94.73 | (CK#7060) |
| C-173-B | MARIO GARCIA<br>7140 W 166TH ST<br>TINLEY PARK IL 60477 | $22.71 | (CK#7069) |

TOTAL UNCLAIMED FUNDS          $67,955.32     (CK#7134)

DATED: December 8, 2009        BY: _____
                               E. LYNN SCHOENMANN
                               TRUSTEE