E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

FILED
DEC 28 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                              ) Case No. 01-30125 STC
                                    )
NORTHPOINT COMMUNICATIONS OF        ) NOTICE OF UNCLAIMED DIVIDENDS
   VIRGINIA                         )
                                    )
                    Debtor(s)       )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend[s] in the amount of $167,185.80. The name and address of the claimant[s] entitled to the unclaimed dividend[s] are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| C-170-B | TRAVIS C WHITAKER<br>1056 FULTON ST 3<br>SAN FRANCISCO CA 94117 | $ 61.03 | (CK#5805) |
| C-176-B | GREG ROBINSON<br>1495 GOLDEN GATE AVE 2<br>SAN FRANCISCO CA 94115 | $ 55.59 | (CK#5809) |
| C-185-B | SHARON L LAX<br>211 DEVONWOOD<br>HERCULES CA 94547 | $125.77 | (CK#5813) |
| C-200-B | NICOLE MAMMOSER<br>1900 WASHINGTOM 504<br>SAN FRANCISCO CA 94109 5 | $222.78 | (CK#5815) |

| # | Account | Name / Address | Amount | Check |
|---|---|---|---|---|
| 1 | C-245-B | PAISLEY TAYLOR<br>2970 26TH ST<br>SAN FRANCISCO CA 94110 | $123.16 | (CK#5834) |
| 3 | C-251-B | DAVID LANG<br>8733 LACONIA DR<br>POWELL OH 43065 | $112.06 | (CK#5837) |
| 5 | C-273-B | JASON HUANG<br>538 MADISON<br>ALBANY CA 94706 | $148.46 | (CK#5847) |
| 7 | C-277-B | VAHID RASSI<br>3017 GREENHALL WAY<br>ANTIOCH CA 94509 | $167.17 | (CK#5848) |
| 9 | C-280-B | BRADLEY C CASSELMAN<br>356 N POWERS AVE<br>MANTECA CA 95336 | $199.15 | (CK#5851) |
| 11 | C-362-B | WINSTON SINDT<br>3619 17TH ST<br>SAN FRANCISCO CA 94114 | $ 52.96 | (CK#5888) |
| 13 | C-363-B | MARVIN CASSELL<br>2014 MAHUA WAY<br>ANTIOCH CA 94531 | $ 22.73 | (CK#5889) |
| 15 | C-388-B | MELONIE RAY<br>271 SANTA CLARA AVE<br>OAKLAND CA 94610 | $ 11.81 | (CK#5896) |
| 17 | C-390-B | CHERI LEWIS<br>15628 ATLANTUS AVE<br>SAN LEANDRO CA 94579 | $  7.54 | (CK#5898) |
| 19 | G-330-B | HEATHER E SAAL<br>3665 FILLMORE ST 17<br>SAN FRANCISCO CA 94123 | $192.56 | (CK#5915) |
| 21 | G-377-B | LEO R BUKOWSKI<br>3010 SUNLAND DR<br>ALAMOGORDO NM 88310-4041 | $286.81 | (CK#5919) |
| 23 | G-446-B | DELINA LARA<br>14190 CHANDLER AVE<br>SAN JOSE CA 95157 | $ 13.26 | (CK#5924) |
| 25 | G-480-B | DONNA PEREZ<br>100 BALCLUTHA DR<br>FOSTER CITY CA 94404 | $234.32 | (CK#5927) |

| | | | |
|---|---|---|---|
| G-531-B | GLENN A HARRIS<br>1418 CHERRYWOOD DR<br>SAN MATEO CA 94403 | $500.68 | (CK#5932) |
| G-542-B | HERMAN KWONG<br>19862 SUMMERRIDGE DR<br>CASTRO VALLEY CA 94552 | $195.08 | (CK#5934) |
| G-603-B | CANDIDA BROWN<br>1673 GOLDEN GATE AVE 3<br>SAN FRANCISCO CA 94115 | $106.18 | (CK#5942) |
| G-774-B | JOHN B BROOKS<br>1257 FETZER LANE<br>OAKLEY CA 94561 | $ 33.93 | (CK#6007) |
| G-779-B | GARY MATHIESEN<br>3231 TERRACE BEACH DR<br>VALLEJO CA 94591 4 | $188.63 | (CK#6012) |
| G-825-B | MIKE LENZI<br>1602 BARNETT CIRCLE<br>PLEASANT HILL CA 94523 | $ 17.28 | (CK#6049) |
| G-828-B | VIANE MUGABO<br>7732 TEMWOODS WAY<br>SACRAMENTO CA 95828 | $ 77.04 | (CK#6052) |
| I-132-B | DAVID RUDD<br>9919 FALCON BLUFF ST<br>SAN DIEGO CA 92127 | $766.48 | (CK#6079) |
| I- 40-B | BHAKTA JOHN MOSS<br>2929 HARPER ST<br>BERKELEY CA 94703 | $118.52 | (CK#6081) |
| I-135-B | PATRICK BOLLING<br>3709 HEMLOCK AVE<br>BIRMINGHAM AL 35221 | $ 66.35 | (CK#6091) |
| V-198-B | JOSEPH EISCHENS<br>1003 GREEN OAK DR 12<br>NOVATO CA 94949 | $ 49.07 | (CK#6098) |
| V-278-B | HOWARD MAH<br>1908 23RD AVE<br>SAN FRANCISCO CA 94116 | $103.17 | (CK#6105) |
| C- 36 | KINKO'S INC<br>ATTN BANKRUPTCY ADMINISTRATOR<br>1000 TOWN CENTER STE 300<br>OXNARD CA 93030 | $1,861.89 | (CK#6127) |

| | | | | |
|---|---|---|---|---|
| 1 | C- 55 | ASHIM JAIN<br>640 S AHWANCE TERRACE<br>SUNNYVALE CA 94086 | $ 30.00 | (CK#6137) |
| 3 | C- 56 | NEROU CHENG<br>250 W 90TH ST 14A<br>NEW YORK NY 10024 5 | $ 30.00 | (CK#6138) |
| 5 | C-067 | MICHAEL B MILLER<br>6535 NOVACK WOODS COURT<br>BURKE VA 22015 | $ 30.00 | (CK#6145) |
| 7 | C- 79 | SAI CONSULTANTS LLC<br>8 COLUMBIA DR<br>MARLTON NJ 08053 | $3,205.44 | (CK#6153) |
| 9 | C-112 | VERITAS SOFTWARE GLOBAL CORP/$1,951.62<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO CA 94306 | | (CK#6168) |
| 11 | C-145 | BENJAMIN WEST<br>6030 PERSHING 3E<br>ST LOUIS MO 63112 | $ 30.00 | (CK#6178) |
| 13 | C-160 | WAYNE KUANG<br>1614 BAYO VISTO AVE<br>SAN PABLO CA 94806 | $ 24.00 | (CK#6181) |
| 15 | C-162 | DENNIS CINDRICH<br>2303 VINEYARD PLACE<br>BOULDER CO 80304 | $ 30.00 | (CK#6183) |
| 17 | C-166 | INTERNET SECURITY SYSTEMS INC/$11,537.35<br>6303 BARFIELD RD<br>ATLANTA CA 30328 | | (CK#6185) |
| 19 | C-191 | CJP MECHANICAL INC<br>436 N CANAL ST STE 6<br>SO SAN FRANCISCO CA 94080 | $283.54 | (CK#6193) |
| 21 | G- 50 | HUGH O'KANE ELECTRIC CO LLC/$1,831.59<br>CHRISTIAN V URICH<br>88 WHITE ST<br>NEW YORK NY 10014 | | (CK#6249) |
| 23 | G-114 | CAGE & NORTH PC<br>STEVEN E ABELMAN<br>1433 - 17TH ST<br>DENVER CO 80202 | $816.41 | (CK#6259) |

| | | | | |
|---|---|---|---|---|
| G-163 | BRODEUR WORLDWIDE<br>855 BOYLSTON ST 9TH FL<br>BOSTON MA 02116 | $3,196.42 | (CK#6263) |
| G-672 | RR DONNELLEY & SONS CO<br>C/O OTTERBOURG STEINDLER HOUSTON & ROSEN<br>230 PARK AVE<br>NEW YORK NY 10169-0075 | $600.00 | (CK#6318) |
| I- 23 | BEYOND.COM<br>DEPT 33160<br>POB 39000<br>SAN FRANCISCO CA 94139 | $5,038.90 | (CK#6341) |
| V-135 | TECHSPAN<br>935 BENECIA AVE<br>SUNNYVALE CA 94086 | $5,892.00 | (CK#6367) |
| C- 4 | JANUS MERRIT STRATEGIES LLC<br>1133 21ST ST NW STE 700<br>WASHINGTON DC 20036 | $135.03 | (CK#6441) |
| C- 6 | IBIZ TECHNOLOGY CORP<br>1919 W LONE CACTUS DR<br>PHOENIX AZ 85027 | $4,686.61 | (CK#6443) |
| C- 8 | IBIZ TECHNOLOGY CORP<br>1919 W LONE CACTUS DR<br>PHOENIX AR 85027 | $252.74 | (CK#6444) |
| C- 42 | ELLORA MICRO SYSTEMS<br>C/O BECKER LAW OFFICE<br>POB 192991<br>SAN FRANCISCO CA 94119-2991 | $2,392.21 | (CK#6459) |
| C- 56 | NEROU CHENG<br>250 W 90TH ST 14A<br>NEW YORK NY 10024 | $ 11.87 | (CK#6466) |
| C- 72-A | WILLIAM SHAPIRO<br>13 SUMMERSET DR<br>SMITHTOWN NY 11787 | $ 11.87 | (CK#6476) |
| C- 81 | TONY G MARTIN<br>10306 AUGUSTA LANE<br>ROWLETT TX 75089 | $ 11.87 | (CK#6482) |
| C- 98 | ALEX GAS<br>2580 OCEAN PKWY 4C<br>BROOKLYN NY 11235 | $ 11.87 | (CK#6492) |

| | | | |
|---|---|---|---|
| C-112 | VERITAS SOFTWARE GLOBAL CORP<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO CA 94306 | $772.34 | (CK#6498) |
| C-145 | BENJAMIN WEST<br>6030 PERSHING 3E<br>ST LOUIS MO 631127 | $ 11.87 | (CK#6510) |
| C-192-B | CHRISTOPHER WALL<br>9616 LAKEPOINT DR<br>ELK GROVE CA 95758 | $ 53.56 | (CK#6536) |
| C-249-B | FIONA MARTIN<br>1347 LAFAYETTE ST<br>DENVER CO 80218 | $ 1.59 | (CK#6571) |
| C-278-B | MEGAN MAKKI<br>1810 GLEN VIEW DR<br>WALNUT CREEK CA 94595 | $ 86.82 | (CK#6591) |
| C-305-B | AIMEE LEGAT<br>182 SIERRA DR C<br>WALNUT CREEK CA 94596 | $ 1.20 | (CK#6610) |
| C-317-B | LILA BOOTH<br>626 F KAINS AVE<br>ALBANY CA 94706 | $ 38.42 | (CK#6617) |
| C-378-B | TOM TAYLOR<br>449 PAYNE DR<br>MIAMI SPRINGS FL 33166 | $146.93 | (CK#6640) |
| C-384-B | CHARLES SALEM<br>1131 KAINS AVE A<br>ALBANY CA 94706 | $ 57.49 | (CK#6643) |
| C-390-B | CHERI LEWIS<br>15628 ATLANTUS AVE<br>SAN LEANDRO CA 94579 | $ 2.97 | (CK#6647) |
| C-449 | FUNK SOFTWARE INC<br>C/O ADAM J RUTTENBERG<br>101 ARCH ST<br>BOSTON MA 02110 | $3,324.23 | (CK#6668) |
| G-172 | RENT NET INC<br>HOMESTORE.COM INC/Teri Hollander<br>30700 RUSSELL RANCH RD<br>WESTLAKE VILLAGE CA 91362 | $569.87 | (CK#6697) |

| | | | |
|---|---|---|---|
| G-428 | MELLON INVESTOR SVCS LLC<br>235 MONTGOMERY ST 23RD FL<br>SAN FRANCISCO CA 94104 | $317.19 | (CK#6741) |
| G-538 | DELOITTE CONSULTING LP<br>ATTN ROLAND YOUNG<br>1633 BROADWAY 37TH FL<br>NEW YORK NY 10019 | $52,690.17 | (CK#6760) |
| G-789-B | JONATHAN HAMBIDGE<br>174 GRANVILLE WAY<br>SAN FRANCISCO CA 94127 | $ 71.08 | (CK#6878) |
| G-794-B | SYLVIA HARRIS<br>275 TINY ST<br>MILPITAS CA 95035 | $ 8.58 | (CK#6883) |
| G-796-B | JASON MCCANDLESS<br>171 MAGNOLIA ST<br>SAN FRANCISCO CA 941235 | $113.39 | (CK#6885) |
| G-825-B | MIKE LENZI<br>1602 BARNETT CIRCLE<br>PLEASANT HILL CA 94523 | $ 6.81 | (CK#6906) |
| I- 37 | IONA TECHNOLOGIES INC<br>200 WEST ST<br>WALTHAM MA 02451 | $3,426.27 | (CK#6949) |
| V- 67 | CHEN MCGINLEY INC<br>1000 COMMERCE DR STE 500<br>PITTSBURG PA 15275 | $3,966.28 | (CK#6978) |
| V-205-B | GARY ALDERMAN<br>2227 BROOKPARK DR<br>KETTERING OH 45440 | $ 17.52 | (CK#6995) |
| V-342 | MCKINSEY & COMPANY<br>ATTN: LETA APPLEGATE<br>75 PARK PLAZA<br>BOSTON MA 02116 | $46,444.22 | (CK#7009) |
| V-135 | TECHSPAN<br>935 BENECIA AVE<br>SUNNYVALE CA 94086 | $2,331.71 | (CK#7059) |
| C- 60 | RAJ SHAH<br>12064 RUSHWORTH TERR<br>GERMANTOWN MD 20874 | $ 11.87 | (CK#7062) |

| | | | | |
|---|---|---|---|---|
| 1 | G- 1 | COMPUCOM SYSTEMS INC<br>7171 FOREST LANE<br>DALLAS TX 75230 5 | $2,341.44 | (CK#7065) |
| 3 | C- 79 | SAI CONSULTANTS LLC<br>8 COLUMBIA DR<br>MARLTON NJ 08053 5 | $1,268.53 | (CK#7072) |
| 5 | C-170-B | TRAVIS C WHITAKER<br>1056 FULTON ST 3<br>SAN FRANCISCO CA 94117 | $ 24.04 | (CK#7073) |
| 7 | C-185-B | SHARON L LAX<br>211 DEVONWOOD<br>HERCULES CA 94547 | $ 49.53 | (CK#7075) |
| 9 | C-245-B | PAISLEY TAYLOR<br>2970 26TH ST<br>SAN FRANCISCO CA 94110 | $ 48.49 | (CK#7078) |
| 11 | C-251-B | DAVID LANG<br>8733 LACONIA DR<br>POWELL OH 43065 | $ 44.35 | (CK#7079) |
| 13 | C-273-B | JASON HUANG<br>538 MADISON<br>ALBANY CA 94706 | $ 58.45 | (CK#7082) |
| 15 | C-277-B | VAHID RASSI<br>3017 GREENHALL WAY<br>ANTIOCH CA 94509 | $ 65.83 | (CK#7083) |
| 17 | C-280-B | BRADLEY C CASSELMAN<br>356 N POWERS AVE<br>MANTECA CA 95336 | $ 78.42 | (CK#7084) |
| 19 | C-307-B | THADDEUS R JONES<br>8213 COUSA COURT<br>RALEIGH NC 27616 | $106.39 | (CK#7089) |
| 21 | C-316 | DANA HIGHTOWER<br>2605 KELLEY AVE<br>SAN PABLO CA 94806-2852 | $ 12.78 | (CK#7090) |
| 23 | C-362-B | WINSTON SINDT<br>3619 - 17TH ST<br>SAN FRANCISCO CA 94114 | $ 20.85 | (CK#7094) |
| 25 | C-363-B | MARVIN CASSELL<br>2014 MAHUA WAY<br>ANTIOCH CA 94531 | $ 8.95 | (CK#7095) |

| # | | | | |
|---|---|---|---|---|
| 1 | C-388-B | MELONIE RAY<br>271 SANTA CLARA AVE<br>OAKLAND CA 94610 | $ 4.66 | (CK#7098) |
| 3 | G-542-B | HERMAN KWONG<br>19862 SUMMERRIDGE DR<br>CASTRO VALLEY CA 94552 | $ 76.82 | (CK#7108) |
| 5 | G-779-B | GARY MATHIESEN<br>3231 TERRACE BEACH DR<br>VALLEJO CA 94591 | $ 74.28 | (CK#7111) |
| 7 | G-830-B | PATRICK DAVID CLARK<br>353 EAST 10TH ST STE E 240<br>GILROY CA 95020 | $ 90.47 | (CK#7115) |
| 9 | I- 40-B | BHAKTA JOHN MOSS<br>2929 HARPER ST<br>BERKELEY CA 94703 | $ 46.68 | (CK#7117) |
| 11 | I-131-B | COLLEEN BUCHANAN<br>580 HOLBROOK CIRCLE<br>LAKE MARY FL 32746 | $129.66 | (CK#7120) |

TOTAL UNCLAIMED FUNDS                $167,185.80    (CK#7135)

DATED:    December 23, 2009       BY: _____
                                  E. LYNN SCHOENMANN
                                  TRUSTEE