UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
NORTHPOINT COMMUNICATIONS OF ) CASE NO: 01-30125 TEC
VIRGINIA, INC. )
        Debtors, ) APPLICATION FOR RELEASE OF
) UNCLAIMED FUNDS
_____)

      There having been a dividend check in the amount of $5,438.41 issued in the above case to creditor GLOBAL CROSSING BANDWIDTH, INC., and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

      The creditor, Global Crossing Bandwidth, Inc. filed for bankruptcy on 1/28/2002, and was ultimately succeeded, for purposes of this application, by GLOBAL CROSSING LIQUIDATING TRUST, the latter being currently represented by Brown, Rudnick, Berlack Israels LLP. Various documents and exhibits are attached herein.

      Application is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $5,438.41 to:

                                      GLOBAL CROSSING LIQUIDATING TRUST
                                      C/O ASSET RECOVERY TRUST
                                      P.O. Box 4296
                                      Costa Mesa, CA 92628

Dated: 3-1-10

                                      Respectfully submitted,

                                      Al Melone (locator)
                                      ASSET RECOVERY TRUST
                                      P.O. Box 4296
                                      Costa Mesa, CA 92628
                                      714-546-8100