Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> Northpoint Communications of Virginia, Inc. | Case No.: 01–30125 TEC 7 <br> Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator American Property Locators, Creditor   CLAIM: 38176.92
DHL Express (USA)successor by merger to Airborne Express

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
  ☐ The Affidavit was not submitted.
  ☐ The Affidavit was not signed.
  ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☒ Other: All of the money report dates are not reflected on the order.


The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 11/21/2012 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor


Dated: 10/22/12                    For the Court:

                                   Gloria L. Franklin
                                   Clerk of Court
                                   United States Bankruptcy Court


                                   By: Toni Taylor
                                       (415)268–2335
                                       Toni_Taylor@canb.uscourts.gov