

**Signed and Filed: February 1, 2013**

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
Northpoint Communications of Virginia, Inc. ) Case No. 01-30125 TEC
)
) Chapter No. 7
)
)
Debtor ) **ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to

AIRBORNE FREIGHT CORP dba AIRBORNE EXPRESS                in the total amount

of $ 38,176.92          was not cashed within the 90 day limit and an unclaimed money report was

entered on 6/27/08, 2/25/09, 12/4/09   to close the account and transfer the monies to the Clerk, U. S.

Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that DHL EXPRESS (USA) INC.                is now claiming the above

monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $ 38,176.92      to the

order of DHL EXPRESS (USA) INC. c/o American Property Locators, Inc.,

and mail to 3855 S. Boulevard, Suite 200,
Edmond, OK 73013

**End of Order**
**No Service List Requested**