UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
Northpoint Communications of Virginia Inc.

Case No: 01-30125 STC

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Towers Watson & Co., claimant, hereby petitions the Court for $6419.74, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Watson Wyatt & Co., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Watson Wyatt & Co. Watson Wyatt & Co. merged with Towers Perrin to become Towers Watson & Co., as evidenced by Exhibit A. Ruth E. Skolnick was an employee of Watson Wyatt & Co., as evidenced by Exhibit B. Proof of Address is marked as "Exhibit C".

The Creditor's mailing address at the time the claim was filed with the Court was:

Watson Wyatt & Co.
Attn: Ruth E. Skolnick
1717 H. St. NW
Washington DC 20006

The claimant's current mailing address is:

Towers Watson & Co.
Rebecca Grey Finance Manager
901 N. Glebe Rd
Arlington, VA 22203
703-258-8196 SM
Last four digits of SS#/Tax ID: 1291

Dated: September 24, 2013

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie WA 98065
(425) 836-5728

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this 24th day of September, 2013.

SEAL _____
Andrew T. Drake, Notary Public
My commission expires: August 9, 2015
Notary in and for the State of Washington

