Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| In re Debtor(s): | Case No.: 01–30125 TEC 7 |
|---|---|
| Northpoint Communications of Virginia, Inc. | Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Dilks & Knopik, LLC, Creditor    CLAIM: 3572.00
Mastec North America dba Mastec Technologies

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
    ☐ The Affidavit was not submitted.
    ☐ The Affidavit was not signed.
    ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☒ Other: The date on the order is incorrect. Please submit entire Notice of Unclaimed Dividends.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 3/21/2014 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor

Dated: 2/19/14

For the Court:

Edward J. Emmons
Acting Clerk of Court
United States Bankruptcy Court

By: Toni Taylor
    (415)268–2335
    Toni_Taylor@canb.uscourts.gov