

Signed and Filed: October 23, 2018

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
Northpoint Communications of Virginia, Inc.

Case No. 01-30125

Chapter No. 7

Debtor

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to McKinsey & Co in the total amount of $46,444.22 was not cashed within the 90 day limit and an unclaimed money report was filed on 12/28/2009 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that McKinsey & Co is now claiming the above monies referred to in the application.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $46,444.22 to the order of McKinsey & Co

and mail to 711 Third Ave, 4th Flr
Attn: Jeff Nitekman
New York, NY 10017

**End of Order**
**No Service List Requested**