# UNCLAIMED FUNDS DISBURSEMENT CONFIRMATION-PLEASE DOCKET

| CASE NUMBER: | 01-30125 Northpoint Communications |
|---|---|
| AMOUNT: | $46,444.22 |
| PAID TO: | McKinsey & Co |
| CHECK NUMBER: | 91390592 |
| PAYMENT DATE: | 11/14/2018 |
| COURT ORDER DATE: | 10/23/2018 |